UNITED STATES, Appellee

v

PETER J. GUGLIERI, Equipment Operator Third Class, U. S. Navy, Appellant

18 USCMA 378, 40 CMR 90

No. 21,872

June 6, 1969

Captain John N. Stafford, USMCR, was on the pleadings for Appellant, Accused.

Colonel C. R. Larouche, USMC, was on the pleadings for Appellee, United States.

Opinion of the Court

PER CURIAM:

The decision of the board of review is affirmed. United States v Faddis, 18 USCMA 377, 40 CMR 89, decided this date.